IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

UNITED STATES OF AMERICA
    Plaintiff,

v.

$12,890.00 IN UNITED STATES FUNDS
    Defendant,

Case No: 3:11-CV-108 (CDL)

## VERIFIED CLAIM

COMES NOW, Claimant, Pamela S. Griffin, by and through her attorney, Attorney Chauncy Bailey, brings this verified claim in accordance with Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and states as follows:

1. THAT Pamela S. Griffin, is the owner of all property seized on March 28, 2011 from a vehicle driven by Danny Ray Cromer.
2. THAT Property seized included a 2004 Lincoln Town Car Exec and US currency in the amount of $12,890.00.
3. THAT the vehicle was released and returned to Pamela Griffin yet the US Currency is still at issue in this action.
4. THAT Pamela Griffin hereby claims right to defend this action.

Dated: September 15, 2011

Respectfully Submitted,

/s/Chauncy Bailey
CHAUNCY O. BAILEY
State Bar No. 076110

1

Attorney Chauncy Bailey
The Barrister Building
3992 Redan Rd.
Stone Mountain, GA 30083
Office (404)228-8249
Fax (404) 228-8451

## VERIFICATION

I, *Pamela S. Griffin* hereby declare that I have read the foregoing verified claim. I verify and declare under penalty of perjury that the foregoing is true and correct.

Executed this 16 day of September 2011 in Wilmington, N.C

*Pamela S. Griffin*
Pamela S. Griffin

Sworn and subscribed before me this 16 day of September 2011
*Dorothy M Monroe* My Commission Expires 7-30-12
NOTARY PUBLIC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing verified statement of interest was served, by mail, upon Daniel E. Bennett, Assistant United States Attorney, Post Office Box 1702, Macon, Georgia 31202-1702, this 16 day of September 2011.

Respectfully Submitted,

/S/Chauncy Bailey
CHAUNCY O. BAILEY

2